UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SRS DISTRIBUTION, INC., <br><br> Plaintiff, <br><br> v. <br><br> EASTSIDE ROOFING, INC. and TIFFANY ANDERSON, <br><br> Defendants. | CASE NO. C25-490 MJP <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

Plaintiff has moved for and obtained entry of default against Defendants. (Dkt. Nos. 14 & 17.) Within 30 days of entry of this Minute Order, Plaintiff must move for default judgment against Defendants. Failure to do so my result in dismissal for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

\\

\\

MINUTE ORDER - 1

1  The clerk is ordered to provide copies of this order to all counsel.

2  Filed July 28, 2025.

                                        Ravi Subramanian  
                                        Clerk of Court

                                        s/Alejandro Pasaye Hernandez  
                                        Deputy Clerk

MINUTE ORDER - 2